1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY MICHAEL GIOIOSA, SR.,

                    Plaintiff

    v.

NRS EXPIRATION,

                    Defendant

Case No.  2:22-cv-00671-GMN-VCF

ORDER

## I.      DISCUSSION

On February 9, 2023, this Court issued an order granting Plaintiff until March 10, 2023, to submit a complaint and either pay the full $402 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents.  (ECF No. 3).  Plaintiff did not respond and the Court received notification that Plaintiff is no longer at the address listed on the docket.  (ECF No. 4).

The Court *sua sponte* grants Plaintiff an extension of time until April 28, 2023, to file a complaint and to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents.

Additionally, pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.  This Court grants Plaintiff until April 28, 2023, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

## II.      CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this

1  Court on or before **April 28, 2023**.

2       It is further ordered that on or before **April 28, 2023**, Plaintiff will either pay the full

3  $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all

4  three required documents: (1) a completed application with the inmate's two signatures

5  on page 3, (2) a completed financial certificate that is signed both by the inmate and the

6  prison or jail official, and (3) a copy of the inmate's trust fund account statement for the

7  previous six-month period.

8       It is further ordered that Plaintiff will file his updated address with the Court on or

9  before **April 28, 2023**.

10       It is further ordered that the Clerk of the Court will send to Plaintiff: (1) the approved

11  form for filing a 42 U.S.C. § 1983 complaint and instructions for the same; (2) a copy of

12  his "Affidavit from New Years Eve Law" (ECF No. 1-1); and (3) the approved form

13  application to proceed *in forma pauperis* by an inmate, as well as the document entitled

14  information and instructions for filing an *in forma pauperis* application.

15       It is further ordered that the Clerk of the Court will send a one-time courtesy copy

16  of this order and attachments to Plaintiff at the Northern Nevada Correctional Center.

17       Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

18  Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

19  to refile the case with the Court, under a new case number, when Plaintiff can file a

20  complaint and a complete application to proceed *in forma pauperis* or pay the required

21  filing fee.

22

23       DATED THIS ___31st___ day of March 2023.

24

25       UNITED STATES MAGISTRATE JUDGE

26

27

28

- 2 -